PROB 12C
(7/93)

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Report Date: May 24, 2016

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 25, 2016

SEAN F. MCAVOY, CLERK

Name of Offender: Ryan Larry Cate                Case Number: 0980 2:14CR00005-RMP-1

Address of Offender: ███████████████████████

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: September 15, 2014

Original Offense:    Felon in Possession of Firearms, 18 U.S.C. § 922(g)(1)

Original Sentence:   Prison - 8 months            Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney: Matthew F. Duggan            Date Supervision Commenced: May 1, 2015

Defense Attorney:    Andrea K. George             Date Supervision Expires: July 24, 2018

---

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On May 22, 2016, an officer with the Colville Tribal Police Department advised the undersigned that the offender had been arrested on May 22, 2016, on a charge of domestic violence for allegedly striking his girlfriend. The officer stated the offender's girlfriend had accused the offender of stealing her car. The offender allegedly struck her when she made the accusation against him. He was arrested for the offense and is currently in the Colville Tribal Jail. The Colville Tribal Police Department officer advised that the girlfriend's vehicle was located at the offender's father's residence. The offender denied driving the vehicle. The officer did not charge the offender for the alleged vehicle theft. The officer advised that his report will be forwarded to the prosecutor's office, and will be reviewed for possible charges related to the alleged vehicle theft. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

Prob12C
**Re: Cate, Ryan Larry**
**May 24, 2016**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 24, 2016

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X ]  The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

5/26/2016

Date