UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN LARRY CATE,<br><br>Defendant. | NO: 2:14-CR-5-RMP<br><br>ORDER GRANTING MOTION TO DISMISS |

BEFORE THE COURT is Defendant's Unopposed Motion to Dismiss, ECF No. 73. Defendant requests an Order dismissing his pending Petition for Warrant or Summons for Offender under Supervision, ECF No. 57. ECF No. 73. Defendant represents that his alleged violation of supervised release related to a charge in Colville Tribal Court which has since been dismissed without prejudice. *Id.* at 1. The United States Probation Office and the Government have no objection to the requested dismissal. *Id.* at 1-2.

ORDER GRANTING MOTION TO DISMISS ~ 1

1  Having reviewed the motion and being fully apprised, the Court finds good cause to grant the request. Accordingly, **IT IS HEREBY ORDERED** that Defendant's Unopposed Motion to Dismiss, **ECF No. 73**, is **GRANTED**.

The District Court Clerk is directed to enter this Order and provide copies to counsel and to the United States Probation Office.

**DATED** this 1st day of August 2016.

                                        *s/ Rosanna Malouf Peterson*
                                      ROSANNA MALOUF PETERSON
                                        United States District Judge