PROB 12C
(6/16)

Report Date: July 18, 2017

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 19, 2017

SEAN F. MCAVOY, CLERK

| | |
|---|---|
| Name of Offender: Ryan Larry Cate | Case Number: 0980 2:14CR00005-RMP-1 |
| Address of Offender: | Omak, Washington 98841 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: September 15, 2014

Original Offense:    Felon in Possession of Firearms, 18 U.S.C. § 922(g)(1)

| | | |
|---|---|---|
| Original Sentence: | Prison - 8 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: May 1, 2015 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: July 24, 2018 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**:  On May 5, 2015, Ryan Cate signed his judgment for case number 2:14CR00005-RMP-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Cate was made aware, by his U.S. probation officer, that he  must obey all laws.<br><br>Ryan Cate violated the terms of his supervised release by being arrested for a new law violation, vehicular manslaughter, on July 16, 2017.<br><br>According to the initial press memorandum dated July 17, 2017, the Washington State Patrol responded to a vehicle versus pedestrian incident.  The report states that Mr. Cate was driving his vehicle northbound when he crossed the center line and struck a pedestrian traveling on the southbound shoulder of the road.  The pedestrian is now deceased.  Mr. Cate was arrested for vehicular manslaughter and is currently being held in the Okanogan County Jail on a $250,000 bond. |

Prob12C
**Re: Cate, Ryan Larry**
**July 18, 2017**
Page 2

      2      **Special Condition # 17**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

            **Supporting Evidence**: On May 5, 2015, Ryan Cate signed his judgment for case number 2:14CR00005-RMP-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Cate was made aware, by his U.S. probation officer, that he must not consume alcohol.

            Ryan Cate violated the terms of his supervised release by being arrested for a new law violation, vehicular manslaughter, on July 16, 2017, in which alcohol was involved.

            According to the initial press memorandum dated July 17, 2017, the Washington State Patrol responded to a vehicle versus pedestrian incident. The report states that alcohol was a factor in the incident in which the offender was arrested. Mr. Cate is prohibited from consuming alcohol while on supervised release.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    07/18/2017

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

7/18/2017
Date